WILLIAM A. VALENTINE, Individually and as Sole Surviving Executor, etc., of JEANIE A. VALENTINE, Deceased, v. JOHN B. AYCRIGG and Others. PASSAIC NATIONAL BANK AND TRUST COMPANY and Another, as Executors and Trustees

of JAMES N. FULLER, Deceased.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.